FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 28 2016

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 16-315 MCA |
| ) | |
| vs. ) | Count 1: 18 U.S.C. §§ 2243(b) and |
| ) | 2246(2)(A): Sexual Abuse of a Ward; |
| TREVOR HUNT, ) | |
| ) | Count 2: 18 U.S.C. § 242: Deprivation of |
| Defendant. ) | Rights Under Color of Law. |

INFORMATION

The United States Attorney charges:

Count 1

On or about May 23, 2015, in Cibola County, in the District of New Mexico, the Defendant, **TREVOR HUNT**, a corrections officer at a facility managed pursuant to a contract with Bureau of Indian Affairs, did knowingly engage in a sexual act with Jane Doe, a person who was in official detention, and the sexual act consisted of the penetration, however slight, of Jane Doe's vulva by the Defendant's penis.

In violation of 18 U.S.C. §§ 2243(b) and 2246(2)(A).

Count 2

On or about May 23, 2015, in Cibola County, in the District of New Mexico, the Defendant, **TREVOR HUNT**, while acting under color of law, did willfully deprive Jane Doe of a right secured and protected by the Constitution and laws of the United States, that is, the right not to be deprived of liberty without due process of law, which includes the right to bodily integrity. Specifically, the Defendant, **TREVOR HUNT**, engaged in a sexual act as defined in 18 U.S.C. § 2246(2)(A).

In violation of 18 U.S.C. § 242.

DAMON P. MARTINEZ
United States Attorney

*[signature]*

DAVID M. ADAMS
HOLLAND S. KASTRIN
Assistant United States Attorneys
P.O. Box 607
Albuquerque, New Mexico  87103-0607
(505) 346-7274